IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HUMURE STEVE KAYONGA,**
**ALIEN # A95-966-320,**

    Plaintiff,

vs.                            Case No. 4:07cv185-SPM/WCS

**ALBERTO GONZALES,**
**MICHAEL CHERTOFF,**
**MICHAEL ROZOS,**
**DAVID HARVEY,**
**and the DEPARTMENT OF**
**HOMELAND SECURITY et al.,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this case on April 20, 2007, doc. 1, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Service was directed on May 9, 2007, doc. 3, and Respondents have filed a motion to dismiss. Doc. 6. The motion advises that Petitioner "was released from the custody of Immigration and Customs Enforcement (ICE) on May 31, 2007." Doc. 6, p. 1. Petitioner was released from custody "since the government of D.R. Congo denied to issue Petitioner travel documents." *Id.*, at 2. Therefore, because Petitioner has

essentially been afforded the relief he sought, this § 2241 petition should now be dismissed as moot.

Respondent's motion to dismiss, doc. 6, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address" which was the Wakulla County Jail. Presumably, that facility will not forward mail to Petitioner since he has been released. The attachment to the motion to dismiss, doc. 6, indicates a possible address for Petitioner at 6457 Fort Caroline Road, Apt. 67, Jacksonville, Florida 32277. The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at that location. If Petitioner does not contest this dismissal, he need not take any further action.

In light of the uncontested assertion by Respondents, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Humure Steve Kayonga be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on August 8, 2007.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.