IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HUMURE STEVE KAYONGA,
ALIEN # A95-966-320,

        Petitioner,

vs.                                     Case No. 4:07-CV-185-SPM/MD

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID HARVEY,
and the DEPARTMENT OF
HOMELAND SECURITY et al.,

        Respondents.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

      **THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation" (doc. 7).  Petitioner filed a writ of habeas corpus on April 20, 2007.  Respondents filed a motion to dismiss stating that Petitioner was released from custody on May 31, 2007.  Since this release gives Petitioner the relief that he was seeking, his claim for habeas corpus relief is moot.

      The parties have been furnished a copy of the Report and Recommendations and have been afforded an opportunity to file objections.   No objections have been filed, presumably because all court mail has been returned

from Plaintiff's last known institution, and Plaintiff has not filed a change of address with the court.

Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is hereby *dismissed* without prejudice.

**DONE AND ORDERED** this twenty-fourth day of October, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge